Success Waist Co., Inc., Respondent, v. Ely & Walker Dry Goods Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that

the motion is prematurely made, no reply having been served to the counterclaim. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MACHINERY UTILITIES COMPANY, INC., Respondent, v. RICHARD D. KEHOE and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.